UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          'O'

| Case No. | 2:14-cv-06264-CAS(SSx) | Date | August 8, 2016 |
|---|---|---|---|
| Title | JUNG JAE LEE v. FEDERAL STREET L.A., LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER GRANTING TIVOLI PARTIES' MOTION FOR SUMMARY JUDGMENT—RE PLAINTIFF'S SEVENTH CLAIM FOR RELIEF AS AGAINST THE FSLA PARTIES (Dkt. 139, Filed August 1, 2016)

On July 17, 2015, plaintiff filed the operative First Amended Complaint in this action against defendants Federal Street L.A., LLC ("FSLA"); Michael C. Winter ("Winter"); Judi Fishman ("Fishman") (collectively "the FSLA Parties"); Federal Street Corporation ("FSC"); JMCP Corp.; The View Wilshire, LLC ("the View Wilshire"); Tivoli Square Apartments, L.P. ("Tivoli Square"); Tivoli Capital, Inc. ("Tivoli Capital"); Milan Properties, LLC ("Milan Properties"); JMCP, LCC; JMCP Manager, LLC; and Does 1 through 50 (collectively with the FSLA Parties, "defendants"). Dkt. 58. In the FAC, plaintiff asserts claims against defendants for: (1) breach of contract; (2) fraud—intentional misrepresentation; (3) fraud—false promise; (4) actual fraudulent transfer; (5) constructive fraudulent transfer; (6) constructive fraudulent transfer—insolvency; (7) violation of Cal. Bus. & Prof. Code § 17200 ("the UCL"); and (8) rescission and restitution. Id. With respect to her Seventh Claim, for violations of the UCL, plaintiff alleges that defendants violated the UCL by, among other things, "fraudulently inducing Plaintiff to enter into the PSA and Second Amendment, fraudulently transferring the Property, and violating the requirements contained in California Business & Professions Code §§ 11000 through 11023." Id. ¶ 142.

On April 22, 2016, defendants filed a motion for partial summary judgment as to plaintiffs Fourth, Fifth, Sixth, and Seventh Claims. Dkt. 104. The focus of this motion was plaintiff's allegations that defendants had fraudulently transferred the property which is the subject of this action. On June 27, 2016, the Court granted this motion. Dkt. 128.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| | | | |
|---|---|---|---|
| Case No. | 2:14-cv-06264-CAS(SSx) | Date | August 8, 2016 |
| Title | JUNG JAE LEE v. FEDERAL STREET L.A., LLC, ET AL. | | |

On August 1, 2016, plaintiff filed the instant motion for clarification. Dkt. 139.[1] In this motion, plaintiff requests that the Court clarify its prior order granting partial summary judgment in favor of defendants to indicate that plaintiff's Seventh Claim was dismissed only as it relates to plaintiff's fraudulent transfer allegations and not as it relates to plaintiff's other allegations against the FSLA parties. The Court hereby **GRANTS** plaintiff's motion. As stated above, the subject of defendants' motion for partial summary judgment was plaintiff's fraudulent transfer allegations. The Court did not intend to dismiss plaintiff's Seventh Claim for relief as it related to her non-fraudulent transfer allegations asserted against the FSLA Parties. Accordingly, plaintiff's Seventh Claim as it relates to her non-fraudulent transfer allegations against the FSLA Parties has not been dismissed and remains to be tried.[2]

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

---

[1] The Court finds this motion appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. Local Rule 7-15. Accordingly, the hearing date of August 29, 2016, is vacated, and the matter is hereby taken under submission.

[2] In light of the foregoing, defendants *ex parte* application to strike plaintiff's motion for clarification is **DENIED AS MOOT**.