LIM NEXUS LLP
PHILLIP SHINN (SBN 112051)
Phil.Shinn@LimNexus.com
MARK T. HANSEN (SBN 114915)
Mark.Hansen@LimNexus.com
LISA J. YANG (SBN 208971)
Lisa.Yang@LimNexus.com
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Tel.: (213) 955-9500/Fax: (213) 955-9511

Attorneys for Plaintiff Jung Jae Lee

**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG JAE LEE, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERAL STREET L.A., LLC, a Delaware limited liability company, et al.,<br><br>             Defendants. | Case No. LACV14-06264-CAS (SSx)<br><br>[Assigned to Judge Christina A. Snyder]<br><br>**STIPULATED JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiff Jung Jae Lee ("Plaintiff"), on the one hand, and defendants Federal Street L.A., LLC, Federal Street Corporations and Michael Winder (collectively, "Defendants"), on the other hand, having so stipulated, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover judgment on the Conditional Stipulation for Entry of Judgment to Enforce Settlement Agreement filed herein against Defendants in the amount of $3,100,000.00.

DATED: January 29, 2018

_Christina A. Snyder_

United States District Court Judge

LIM NEXUS LLP