LIM NEXUS LLP
PHILLIP SHINN (SBN 112051)
Phil.Shinn@LimNexus.com
MARK T. HANSEN (SBN 114915)
Mark.Hansen@LimNexus.com
LISA J. YANG (SBN 208971)
Lisa.Yang@LimNexus.com
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Tel.: (213) 955-9500/Fax: (213) 955-9511

Attorneys for plaintiff Jung Jae Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JUNG JAE LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL STREET L.A., LLC, a Delaware limited liability company; FEDERAL STREET CORPORATION, an Illinois corporation; TIVOLI SQUARE APARTMENTS, L.P., a California limited partnership; THE VIEW WILSHIRE, LLC, a Delaware limited liability company; MICHAEL C. WINTER, an individual; JUDI FISHMAN, an individual; JMCP Corp., an Illinois corporation; DOES 1-50, inclusive,<br><br>Defendants. | Case No. LACV14-06264-CAS (SSx)<br><br>**AMENDED STIPULATED JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiff Jung Jae Lee ("Plaintiff"), on the one hand, and defendants Federal Street L.A., LLC, Federal Street Corporation and Michael Winter (collectively, "Defendants"), on the other hand, having so stipulated, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover judgment on the Conditional Stipulation for Entry of Judgment to Enforce Settlement Agreement filed herein against Defendants in the amount of $3,100,000.00.

DATED: February 2, 2018

*Christina A. Snyder*

United States District Court Judge